Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
### Southern District of Texas

_____5th___ Division

United States Courts Southern
District of Texas
FILED

*March 18, 2022*

Nathan Ochsner, Clerk of Court

Emanuel Preston Gibson

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

City of Houston
Officer Brown

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No.  **4:22cv1116**
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Emanuel Preston Gibson |
| Address | 3401 Fannin Street |
| | Houston     TX     77004 |
| | *City*     *State*     *Zip Code* |
| County | Harris |
| Telephone Number | 6012060970 |
| E-Mail Address | numberstuner9999@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Houston |
| Job or Title *(if known)* | 901 Bagby Street |
| Address | |
| | Houston     TX     77002 |
| | *City*     *State*     *Zip Code* |
| County | Harris |
| Telephone Number | 713-837-0311 |
| E-Mail Address *(if known)* | 311.@houstontx.gov |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Officer Brown |
| Job or Title *(if known)* | Police Officer |
| Address | 1200 Travis Street |
| | Houston     TX     77002 |
| | *City*     *State*     *Zip Code* |
| County | Harris |
| Telephone Number | 713-884-3131 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. THIS COURT HAS JURISDICTION UNDER 28 UNITED STATES CODE 1331. FEDERAL QUESTION JURISDICTION ARISES PURSUANT TO 42 UNITED STATES CODE 1983

2. THE COURT HAS ORIGINAL JURISDICATION PURSUANT TO 28 U. S. C. 1331 AND 1334 (a)(3)(4) BECUASE PLAINTIFF ASSERTS CLAIMS ARISING UNDER LAWS OF THE UNITED

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

NONE

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

VENUE IS PROPER IN THIS COURT UNDER 28 UNITED STATES CODE 1391 (b) BECAUSE DEFENDANT RESIDES IN THE DISTRICT AND ALL INCIDENT, EVENTS, AND OCCURENCE GIVING RISE TO THIS ACTION OCCURED IN THIS DISTRICT

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The events giving rise to my claim occured on the sidewalk of 800 Bagby Street.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

The date and approximate time the event giving rise occurred on March 1, 2022 around 11:00pm that resulted in my 14th amendment right of the Constitution of the United States to be violated.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was walking down the sidewalk in front 0f 800 Bagby Street when people began to harass me talking about my father as usual. As I was walking towards Walker Street on Bagby street there was a male blocking the sidewalk with cords running across them. The guy was on a microphone on the curbside of the sidewalk where the cords were moving when trying to cross. I politely asked the guy to move his stuff out of the way so that I could get by. The guy just stood there and stared at me. I got louder and said    Move your stuff off the sidewalk. You can not block the sidewalk.    . As I looked around there were three officers standing at the corner of Broadway and the Hobby Center looking at me while I was saying this. One of those three officers was an officer by the name of Brown. I repeatedly told the guy to move his stuff off the sidewalk looking back and forth at the officer and the guy. The officer did not say anything to the guy that had his equipment blocking the sidewalk. Then I said it is a    federal right to be able to walk down the sidewalk freely.    . Since the police officers weren't going to do anything about the foreseeable danger I gently unplugged the cords to keep from stepping on them and falling. An officer by the name of Officer Brown and the other officers that were standing out

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was forced to become a inmate standing of for my constitutional rights.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like to request the court to award punitive and compensatory damages for diminished earning capacity, diminished quality of life, emotional trauma and all other damages this court may justify.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _3/2/2022_

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff _CHANUEL P. GIBSON_

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City                    State            Zip Code

Telephone Number _____

E-mail Address _____